**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2025
NOVEMBER 4, 2025 SESSION**



**UNITED STATES OF AMERICA**

**v.**                          CRIMINAL NO. 3:25-cr-187

                                18 U.S.C. § 1513(f)

**MARCUS ALLEN JOHNSON**
     **also known as "Mook"**

**I N D I C T M E N T**

The Grand Jury Charges:

From in and around July of 2025, to at least September of 2025, at or near Huntington, Cabell County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant MARCUS ALLEN JOHNSON, also known as "Mook," together with persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 18 U.S.C. § 1513(e), that is knowingly to take actions harmful to a person known to the Grand Jury (the "Known Person"), with the intent to retaliate against the Known Person for providing truthful information to a law enforcement officer relating to the commission of a Federal offense by defendant MARCUS ALLEN JOHNSON, also known as "Mook," in the Southern District of West Virginia.

In violation of Title 18, United States Code, Section 1513(f).

MOORE CAPITO
United States Attorney

By: _____
JOSEPH F. ADAMS
Assistant United States Attorney